UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTOINE D. ODOM,

    Plaintiff,

v.                                                   Case No. 2:10-cv-31
                                                   HON. R. ALLAN EDGAR

PATRICIA CARUSO, et al,

    Defendants.
_____/

**MEMORANDUM AND ORDER**

      Plaintiff Antoine Deshawn Odom, a Michigan state prisoner in the custody of the Michigan Department of Corrections (MDOC), brings this *pro se* federal civil rights action under 42 U.S.C. § 1983. On May 7, 2012, the Court received from plaintiff Odom a motion for a temporary restraining order and preliminary injunction under Fed. R. Civ. P. 65. [Court Doc. No. 151].

      On June 15, 2012, Magistrate Judge Timothy P. Greeley submitted his report and recommendation that the motion be denied. [Court Doc. No. 167]. Plaintiff Odom moved for an enlargement of time to file objections to the report and recommendation. On June 27, 2012, Magistrate Judge Greeley granted the motion for an enlargement of time and ordered plaintiff Odom to his file objections within 28 days. [Court Doc. No. 169].

      Plaintiff Odom has not timely filed any objections to the report and recommendation. After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b). For the reasons expressed in the Magistrate Judge's report and recommendation [Court Doc. No. 167], plaintiff

Odom's motion for a temporary restraining order and preliminary injunction under Fed. R. Civ. P. 65 [Court Doc. No. 151] is DENIED.

    SO ORDERED.

    Date: August 9, 2012.


                              */s/ R. Allan Edgar*
                              R. ALLAN EDGAR
                        UNITED STATES DISTRICT JUDGE